**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLIFTON JOHNSON,**<br><br>    Plaintiff,<br><br>    **vs.**<br><br>**JENNIFER KLEPPERICH, COMCAST OF CALIFORNIA III, INC., AND COMCAST CORPORATION,**<br><br>    Defendants. | Case No.: 20-CV-7935 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On December 22, 2020, plaintiff was directed to respond to defendant's motion to dismiss no later than January 15, 2021. Otherwise, the action would be subject to dismissal for failure to prosecute. (Dkt. No. 15.) As of the date of this Order, plaintiff has not filed a response, nor has he filed any other documents in this action. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date: February 8, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**